UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALCANTARA,<br>        Plaintiff,<br>    v.<br>JOHNSON PURAYMPALLIL, et al.,<br>        Defendants. | Case No. 17-cv-01794-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter failed to appear at the case management conference on August 21, 2017 without a request or leave of court excusing the Plaintiff from attendance. The Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff should not be sanctioned for failure to appear and for failing to submit a Case Management Conference statement.

The Plaintiff shall show cause in writing to be filed no later than August 29, 2017. Failure to show cause will result in a sanction.

**IT IS SO ORDERED.**

Dated: August 21, 2017

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge